USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
:
CONCIERGE AUCTIONS, LLC, suing herein as :
Sotheby's Concierge Auctions, :
: 24-CV-1681 (VEC)
Petitioner. :
: ORDER
-against- :
:
A-M 2018 Homes, LLC, :
:
Defendant. :
:
------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on April 22, 2024, Petitioner notified the Court that it intended to file a temporary restraining order in this matter, and that the parties had agreed to maintain the status quo in this matter pending a hearing on the anticipated motion for a temporary restraining order.

    IT IS HEREBY ORDERED that not later than **Thursday, April 25, 2024**, the parties are ordered to file a joint letter with a proposed briefing schedule and the parties' joint availability for a hearing on Petitioner's anticipated motion for a temporary restraining order.

**SO ORDERED.**

**Date: April 22, 2024**
**New York, NY**

                                    **VALERIE CAPRONI**
                                    **United States District Judge**