USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/02/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
CONCIERGE AUCTIONS, LLC, suing herein as
Sotheby's Concierge Auctions,

                             Petitioner.

              -against-

A-M 2018 Homes, LLC,

                            Defendant.
------------------------------------------------------------------X

24-CV-1681 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

      WHEREAS on May 1, 2024, Petitioner moved for a temporary restraining order ("TRO").

      IT IS HEREBY ORDERED that the Court will hold a teleconference on the motion for a TRO **today, May 2, 2024, at 4:15 P.M.** All parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171, and the security code 1681. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak. Recording or rebroadcasting the proceeding is strictly prohibited by law.

**SO ORDERED.**

**Date: May 2, 2024**
      **New York, NY**

_Valerie Caproni_
**VALERIE CAPRONI**
**United States District Judge**