**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONCIERGE AUCTIONS, LLC, suing herein as
SOTHEBY'S CONCIERGE AUCTIONS,

               Petitioner,                      24 **CIVIL** 1681(VEC)

      -v-                                       **JUDGMENT**

A-M 2018 HOMES, LLC,

               Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 30, 2024, Concierge's petition to confirm the arbitration award is GRANTED, and A-M's cross-motion to vacate is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      October 30, 2024

                                                       **DANIEL ORTIZ**
                                                 **Acting Clerk of Court**

                           **BY:**
                                               **_____**
                                                    **Deputy Clerk**