UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CONCIERGE AUCTIONS, LLC, suing herein as :
Sotheby's Concierge Auctions, :
: 24-CV-1681 (VEC)
Petitioner. :
: ORDER
-against- :
:
A-M 2018 HOMES, LLC, :
:
Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on October 30, 2024, the Court granted Concierge Auctions, LLC's petition to confirm the arbitration award (Dkt. 40) and judgment was entered thereafter (Dkt. 41).

    IT IS HEREBY ORDERED that, not later than **Friday, November 8, 2024**, Petitioner must submit a proposed amended judgment specifying the monetary recovery sought.

**SO ORDERED.**

Date: November 4, 2024
       New York, NY

                                      **VALERIE CAPRONI**
                                      **United States District Judge**