UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                  :
CONCIERGE AUCTIONS, LLC, suing herein as     :
Sotheby's Concierge Auctions,                              :
                                                                                                  :      24-CV-1681 (VEC)
                                                  Petitioner.      :
                                                                           :           ORDER
                                -against-                    :
                                                                           :
A-M 2018 Homes, LLC,                                        :
                                                                           :
                                            Respondent.   :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on November 8, 2024, Petitioner filed a Proposed Amended Judgment (Dkt. 43), consistent with the Court's November 4, 2024 Order (Dkt. 42).

    IT IS HEREBY ORDERED that the Proposed Amended Judgment is APPROVED as to its content. The Clerk of the Court is respectfully directed to review the Proposed Amended Judgment as to its form and enter an amended judgment consistent with this order.

**SO ORDERED.**

Date:  **November 12, 2024**
        **New York, NY**

                                                            **VALERIE CAPRONI**
                                                            **United States District Judge**