**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CONCIERGE AUCTIONS, LLC, suing herein as
SOTHEBY'S CONCIERGE AUCTIONS,

                Petitioner,                24 **CIVIL** 1681(VEC)

       -v-                           **<u>AMENDED JUDGMENT</u>**

A-M 2018 HOMES, LLC,

                Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated October 30, 2024, and the Court's Order dated November 12, 2024, the Proposed Amended Judgment is to form. Petitioner's petition to confirm the arbitration award is GRANTED, and Respondent's cross-motion to vacate is DENIED. The Award is CONFIRMED, and judgment is entered in favor of Petitioner, Concierge Auctions, LLC, and against Respondent A-M 2018 Homes, LLC in the amount of $618,483.11, consisting of $408,000 pursuant to the Final Award, $185,100.61 in attorneys' fees and costs, and $25,382.50 in AAA costs and fees, plus post-judgment interest accruing from the date of entry of the judgment at a rate of 9% per annum, in accordance with New York law (CPLR §5004)1; accordingly, the case is closed.

**Dated:** New York, New York

      November 12, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** _____
**Deputy Clerk**
